A.E.G.
4/15/13

# UNITED STATES DISTRICT COURT

APR 24 2013

for the

District of Maryland

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.   **13-0755SAG**
Safe Deposit Box Number 118, Bank of America, )
2627 Brandermill Boulevard, Gambrills, Maryland 21054 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Safe Deposit Box Number 118, Bank of America, 2627 Brandermill Boulevard, Gambrills, Maryland 21054, as more fully described in Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment D

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1924 | Unlawful Removal and Retention of Classified Material |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Thomas D. Cash*
*Applicant's signature*

Thomas D. Cash, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 15, 2013

*Judge's signature*

City and state: Baltimore, Maryland     Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*