# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Searches of 1014 Samantha Lane, Unit 101, Odenton, Maryland 21113, and Safe Deposit Box Number 118, Bank of America, 2627 Brandermill Boulevard, Gambrills, Maryland 21054 | * * * * * * | Nos. __13-0754SAG__<br>UNDER SEAL __13-0755SAG__ |

\*\*\*\*\*\*\*

## MOTION TO SEAL SEARCH WARRANTS AND SUPPORTING DOCUMENTS

The United States of America, by and through its undersigned attorneys, hereby moves this Court to order and direct that the search warrants and supporting documents filed in above-captioned matters, along with this Motion, be SEALED for the following reasons.

The investigation underlying the above-captioned matter is currently ongoing. The affidavit sets forth significant information concerning the investigation, including information about the target of the investigation and the matters being investigated. Publishing the warrants, applications, or affidavit could jeopardize the continuing investigative activities including the execution of the search warrant and could result in the destruction of evidence or the flight of individuals to avoid prosecution. Sealing the documents will insure the viability of the ongoing investigation.

To seal an affidavit for a search warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*, 353 F.Supp.2d 584 (D. Md. 2004).

The Fourth Circuit has recognized that a motion to seal may be granted for any legitimate prosecutorial need, including the proper completion of an investigation. *In re Knight Publishing Co.*, 743 F.2d 231, 231-32 (4th Cir. 1984).

The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id.* at 65. This motion and the Court's reasons for sealing should also be sealed. Id. Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents. *Id.*

WHEREFORE, it is respectfully requested that the search warrants, the applications for search warrants, the affidavit in support of the search warrants, and the instant Motion be SEALED and remain sealed until further order of the Court, except that the Clerk's Office shall provide a copy of the search warrants, applications, affidavit, this Motion, and the Order, to the U.S. Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Harvey E. Eisenberg
Harvey E. Eisenberg
Assistant United States Attorney
Chief, National Security Section

Gregory Welsh
Assistant United States Attorney
National Security Section
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4800