FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 2 6 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In the Matter of the Search of<br>Safe Deposit Box Number 118,<br>Bank of America,<br>2627 Brandermill Boulevard<br>Gambrills, MD 21054 | Case No. 13-0754-SAG<br><br>**SEALED CASE** |
| In the Matter of the Search of<br>1014 Samantha Lane, Unit 101<br>Odenton, MD 21113 | Case No. 13-0755-SAG<br><br>**SEALED CASE** |

## MOTION TO UNSEAL

Roya Soleimani, through counsel, moves to unseal the attachments, supporting affidavits, and any sealing motion or order in the above-captioned cases, which relate to search warrants executed at her home and safe deposit box. A Memorandum of Points and Authorities and Proposed Order are attached.

Respectfully Submitted,

/s/ Jeffrey Light
Jeffrey Light,
1712 Eye St., NW
Suite 915
Washington, DC 20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Roya Soleimani*

1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In the Matter of the Search of<br>Safe Deposit Box Number 118,<br>Bank of America,<br>2627 Brandermill Boulevard<br>Gambrills, MD 21054 | ) <br>) <br>) Case No. 13-0754-SAG<br>) <br>) **SEALED CASE**<br>) <br>) <br>) <br>) |
| In the Matter of the Search of<br>1014 Samantha Lane, Unit 101<br>Odenton, MD 21113 | ) <br>) <br>) Case No. 13-0755-SAG<br>) <br>) **SEALED CASE**<br>) <br>) <br>) |

## **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO UNSEAL**

The government submitted two search and seizure warrants on April 15, 2013 to the Honorable Stephanie A. Gallagher in the above-captioned cases. The warrants were accompanied by several attachments and a supporting affidavit. The Court issued the warrants and the next day a search of the home at 1014 Samantha Lane, Unit 101 and the safe deposit box at Bank of America took place. The records seized included numerous purportedly classified documents. After executing the searches, the FBI provided Ms. Soleimani with a receipt for the property taken and a copy of the warrant. She was not provided with the attachments or supporting affidavits or any motion to seal.

Ms. Soleimani now moves the Court to unseal the attachments, supporting affidavits, and any sealing motion or order. More than three years have now elapsed since the search warrant was executed, and Ms. Soleimani has not been arrested or charged with any

1

crime. She therefore files this motion to obtain information about the accusations against her.

"The Fourth Circuit has held that the subject of a search warrant does have a pre-indictment right to examine the search warrant affidavit." *In re 14416 Coral Gables Way*, 946 F. Supp. 2d 414, 419 (D. Md. 2011), *citing United States v. Oliver*, 208 F.3d 211, 2000 WL 263954, at *2 [published in full-text format at 2000 U.S. App. LEXIS 3630] (4th Cir. Mar. 9, 2000). Accordingly, this Court on numerous occasions has permitted a pre-indictment search subject to examine the supporting affidavit. *See id.*; *In re Search Warrants Issued on Apr. 26, 2004*, 353 F. Supp. 2d 584, 591 (D. Md. 2004); *In re Search of 8420 Ocean Gateway Easton, Md.*, 353 F. Supp. 2d 577, 579 (D. Md. 2004).

In order to override Ms. Soleimani's Fourth Amendment right, the government must demonstrate "(1) that a compelling governmental interest requires the materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available." *In re 14416 Coral Gables Way*, 946 F. Supp. 2d at 419. At this stage of the proceedings, the government has not yet had an opportunity to make such a showing and therefore it would be premature for Ms. Soleimani to attempt to respond to arguments that have not yet been made. Instead, the Court should order the government to re-review the affidavit and attachments and determine whether continued sealing is necessary. If the government believes that continued sealing is necessary, the Court should set an appropriate briefing schedule.

Respectfully Submitted,

/s/ Jeffrey Light
Jeffrey Light,
1712 Eye St., NW
Suite 915
Washington, DC 20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Roya Soleimani*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 23rd day of September 2016, a copy of the foregoing MOTION TO UNSEAL and accompanying memorandum of points and authorities has been mailed to:

United States Attorney's Office
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

                                               /s/
                                             Jeffrey Light
                                             1712 Eye St., NW
                                             Suite 915
                                             Washington, DC 20006
                                             (202) 277-6213
                                             Jeffrey@LawOfficeOfJeffreyLight.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In the Matter of the Search of<br>Safe Deposit Box Number 118,<br>Bank of America,<br>2627 Brandermill Boulevard<br>Gambrills, MD 21054 | Case No. 13-0754-SAG<br><br>**SEALED CASE** |
| In the Matter of the Search of<br>1014 Samantha Lane, Unit 101<br>Odenton, MD 21113 | Case No. 13-0755-SAG<br><br>**SEALED CASE** |

## ORDER

Movant Roya Soleimani's Motion to Unseal is hereby GRANTED. The Clerk is directed to unseal the affidavit in support of search warrant, any attachments to the search warrant, and any sealing motions or orders.

Dated:

_____
Hon. Stephanie A. Gallagher,
United States Magistrate Judge

1