**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

_____ FILED _____ ENTEP
_____ LOGGED _____ RECEIV

December 28, 2016

DEC 2 8 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Jeffrey Light, Esquire
1712 Eye Street, NW Suite 915
Washington, DC 20006

RE: *In the Matter of the Search of: Safe Deposit Box Number 118,*
*Bank of America, 2627 Brandermill Boulevard, Gambrills, MD 21054;*
Case No. 13-0754-SAG **SEALED**

*In the Matter of the Search of: 1014 Samantha Lane, Unit 101,*
*Odenton, MD 21113;*
Case No. 13-0755-SAG **SEALED**

Dear Mr. Light,

I am in receipt of two documents you filed on behalf of your clients: a Motion to Unseal filed by Roya Soleimani and a Petition to Unseal filed by Jason Leopold, a reporter. Ms. Soleimani and Mr. Leopold both seek to unseal documents relating to two search warrants executed in April, 2013. The case numbers for the warrants are 13-0754-SAG and 13-0755-SAG. No criminal charges resulted from the execution of the warrants.

Per the request of your clients, I asked the Government to re-review the docket and determine whether continued sealing is necessary. The Government has concurred in large part with the requested relief and has agreed to unseal the dockets in the two cases, with the exception of the search warrant affidavit supporting the two warrants (docket entry #3 in both cases). As to that affidavit, the Government has provided a redacted version for docketing on the public record. In light of the Government's position, Ms. Soleimani's motion and Mr. Leopold's petition will be DENIED as moot, without prejudice to any further challenge to the remaining redactions.

Accordingly, the Clerk of Court is directed to (1) docket in cases 13-0754-SAG and 13-0755-SAG (a) Ms. Soleimani's Motion to Unseal, (b) Mr. Leopold's Petition to Unseal, (c) the Government's Certificate of Service, (d) the redacted search warrant affidavit, and (e) this letter order; and (2) unseal cases 13-0754-SAG and 13-0755-SAG, **EXCEPT** that docket entry #3 in each case should remain under seal.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge

cc: AUSA Harvey Eisenberg